NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LAND O' LAKES, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee.*

———————————

2011-1569

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in No. 95/000,003 & 90/006,317.

———————————

**JUDGMENT**

———————————

DEVAN V. PADMANABHAN, Dorsey & Whitney LLP, of Minneapolis, Minnesota, argued for appellant. With him on the brief was PAUL J. ROBBENNOLT. Of counsel was MICHELLE E. DAWSON.

LYNNE E. PETTIGREW, Associate Solicitor, United States Patent and Trademark Office, of Alexandria,

Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor, and NATHAN K. KELLEY, Associate Solicitor.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 8, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |